AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### SOUTHERN DISTRICT OF FLORI◄▼►

| | |
|---|---|
| BALLARINI PAOLO & FIGI S.p.A., an Italian company and subsidiary of Zwilling J.A. Henckel AG | ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) |
| EPOCA INTERNATIONAL, INC., a Florida corporation | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 16cv82012

16-cv-82012-Marra/Matthewman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

EPOCA INTERNATIONAL, INC.
STEVEN MELZER, REGISTERED AGENT
851 Broken Sound Parkway NW
Suite 110
Boca Raton, FL 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Catherine F. Hoffman, Esq.
James Stepan, Esq.
Mayback & Hoffman, P.A.
5846 S. Flamingo Rd. #232
Ft. Lauderdale, FL 33330
(954) 704-1599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 19, 2016
_____



**SUMMONS**

s/ J. Adams
_____
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court